1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for defendants
   AllianceOne, Inc. and
7  Hunt & Henriques

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  ROD GLAUBMAN, an individual, on        )   CASE NO.: C10-03572 EMC
    behalf of himself, the general public  )
13  and those similarly situated,          )
                                           )   **STIPULATION FOR EXTENSION**
14            Plaintiff,                   )   **OF TIME TO RESPOND TO**
                                           )   **COMPLAINT** ; ORDER
15            vs.                          )
                                           )
16  CITIBANK N.A.; ALLIANCE ONE,           )
    INC.; HUNT & HENRIQUES,                )
17  ATTORNEYS AT LAW; DOES 1-10,           )
    inclusive,                             )
18                                         )
                                           )
19            Defendants.                  )
                                           )
20  ─────────────────────────────

21

22

23

24

25

26

27

28

---

GLAUBMAN V. CITIBANK N.A. ET AL. (CASE NO, C10-03572 EMC)
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1 WHEREAS the Complaint in this action was filed in the Superior Court of California, County of Alameda on July 14, 2010;

WHEREAS the Complaint was removed to this Court by defendants AllianceOne, Inc. and Hunt & Henriques with the consent of defendant Citibank, N.A. (collectively, "Defendants") on August 13, 2010;

WHEREAS Defendants' response to the Complaint is now presently due on August 20, 2010;

WHEREAS the parties wish to engage in negotiations in an attempt to resolve this dispute, and

WHEREAS Plaintiff has agreed to provide Defendants with an additional thirty days to respond to the Complaint,

THEREFORE plaintiff Rod Glaubman and defendants AllianceOne, Inc. and Hunt & Henriques, by and through their counsel, hereby stipulate and agree, pursuant to Civil Local Rule 6-1, for an extension of time of an additional thirty days, until September 20, 2010, for all Defendants to answer or otherwise respond to the Complaint filed in this action.

IT IS SO STIPULATED.

DATED: August 17, 2010

GUTRIDE SAFIER LLP
ADAM J. GUTRIDE
SETH A. SAFIER
KRISTEN SIMPLICIO

By: s/Seth A. Safier
Seth A. Safier
Attorneys for plaintiff
Rod Glaubman

//
//
//

| | | |
|---|---|---|
| DATED: August 17, 2010 | | SIMMONDS & NARITA LLP<br>TOMIO B. NARITA<br>JEFFREY A. TOPOR |
| | By: | s/Tomio B. Narita<br>Tomio B. Narita<br>Attorneys for defendants<br>AllianceOne, Inc. and<br>Hunt & Henriques |

IT IS SO ORDERED

_____
Edward M. Chen
U.S. Magistrate Judge



---

GLAUBMAN V. CITIBANK N.A. ET AL. (CASE NO, C10-03572 EMC)
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

2